IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

VERNA L. KESTER     PLAINTIFF

v.     CASE NO. 5:21-CV-5086

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION     DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED** this July 21, 2022.

*/s/ P. K. Holmes* III
P. K. HOLMES III
U.S. DISTRICT JUDGE